ROSENDO GONZALEZ, TRUSTEE (State Bar No. 137352)
530 South Hewitt Street, Suite 148
Los Angeles, CA  90013

Telephone:    (213) 452-0071
Facsimile:    (213) 452-0080

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES

| | |
|---|---|
| In Re:<br><br>GALAN, CARLOS RENE<br><br><br><br><br>Debtor(s) | Case No.: 2:16-13351-RK<br><br>133512<br>Chapter: 7<br><br>NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR [11 USC 341(a)] |

COUNSEL: RANDOLPH RAMIREZ
TO THE ABOVE NAMED DEBTOR(S):

You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to 05/23/16 at 09:00 AM at 915 WILSHIRE BLVD., 10TH FLOOR, LOS ANGELES, CALIFORNIA 90017, for the reason set forth below:

- Amend Schedules B and C

Dated:    April 21, 2016                            /s/ ROSENDO GONZALEZ
                                                    ROSENDO GONZALEZ, TRUSTEE


I certify that I served the within notice on the above debtor(s) and the debtor(s)' attorney, and interested parties on April 21, 2016.

CARLOS RENE GALAN
5181 CASTLEMAN AVE
LOS ANGELES, CA  90032

ROSENDO GONZALEZ, TRUSTEE (State Bar No. 137352)
530 South Hewitt Street, Suite 148
Los Angeles, CA  90013

Telephone:   (213) 452-0071
Facsimile:    (213) 452-0080

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES**

| In Re:<br><br>CARLOS RENE GALAN<br><br><br><br>Debtor(s) | Case No.: 2:16-13351-RK<br><br>133512<br>Chapter: 7<br><br>NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR [11 USC 341(a)] |
|---|---|

COUNSEL: RANDOLPH RAMIREZ
TO THE ABOVE NAMED DEBTOR(S):

    You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to 05/23/16 at 09:00 AM at 915 WILSHIRE BLVD., 10TH FLOOR, LOS ANGELES, CALIFORNIA 90017, for the reason set forth below:

    - Amend Schedules B and C

Dated:   April 21, 2016            /s/ ROSENDO GONZALEZ
                                        ROSENDO GONZALEZ, TRUSTEE

    I certify that I served the within notice on the above debtor(s) and the debtor(s)' attorney, and interested parties on April 21, 2016.

RAMIREZ, RANDOLPH
DONALD T DUNHAM & ASSOC
8632 E VALLEY BLVD #P
ROSEMEAD, CA  91770